IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

      Plaintiff,                    No. CIV S-09-3595 FCD KJM PS

    vs.

LETICIA MARIN,

      Defendant.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed January 8, 2010, plaintiff was ordered to either submit a completed application and affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee. Plaintiff has not filed a completed application and affidavit, or the appropriate filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: February 23, 2010.

_____
U.S. MAGISTRATE JUDGE

alfa3595.fifp