IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

        Plaintiff,

   vs.                                CIV S-09-3595 FCD KJM PS

LETICIA MARIN,

        Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 5, 2010, this court directed plaintiff within twenty one days to pay the filing fee and ordered plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has paid the filing fee but has not responded to the order to show cause. There is no subject matter jurisdiction evident in plaintiff's pleadings.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1

1  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

5  006
   alfaro-marin.ftc

2